# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**PAUL DAVIDSON**                                                                  **PLAINTIFF**

**v.**                                **Case No**. **3:20-cv-00063 KGB**

**UNION PACIFIC RAILROAD COMPANY**                                    **DEFENDANT**

## <u>ORDER</u>

Before the Court is a motion for continuance and new trial date filed by defendant Union Pacific Railroad Company ("Union Pacific") (Dkt. No. 24). Union Pacific represents that its counsel has another case set for trial the same week as the trial date in this case (*Id.*, ¶ 2). Union Pacific therefore requests a new trial date and scheduling order (*Id.*, ¶ 3). Union Pacific further represents that counsel for plaintiff Paul Davidson has no objection to the request (*Id.*, ¶ 5). For good cause shown, the Court grants the motion (Dkt. No. 21). The Court removes this case from the November 15, 2021, trial calendar and stays all pending pretrial deadlines. The Court will set a new trial date and pretrial deadlines by separate Order.

It is so ordered this 7th day of June, 2021.

_____
Kristine G. Baker
United States District Judge