## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**PAUL DAVIDSON**                                                                  **PLAINTIFF**

**v.**                                  **Case No**. **3:20-cv-00063 KGB**

**UNION PACIFIC RAILROAD COMPANY**                               **DEFENDANT**

## ORDER

Before the Court is plaintiff Paul Davidson's unopposed motion to extend deadlines for disclosure of expert witnesses (Dkt. No. 27). Mr. Davidson represents that he has retained an alternative expert due to an unexpected and unforeseeable illness that has required one of his liability experts to decline further involvement in this case (*Id.*, ¶ 4). Accordingly, Mr. Davidson requests a two-week extension of all deadlines for disclosure of expert witnesses, extending the deadline for disclosure of case-in-chief witnesses to March 11, 2022, and extending the deadline for disclosure of rebuttal expert witnesses to April 11, 2022 (*Id.*, ¶ 3).

For good cause shown, the Court grants the motion (Dkt. No. 27). The deadlines for disclosure of expert witnesses set forth in the Court's Second Amended Final Scheduling Order, (Dkt. No. 26) are extended by two weeks as follows: (1) case-in-chief expert disclosures, including reports, must be made by March 11, 2022; and (2) rebuttal expert disclosures, including reports, must be made by April 11, 2022. All other pretrial deadlines remain unchanged and in full force and effect.

It is so ordered this 1st day of March, 2022.

Kristine G. Baker
United States District Judge