IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PAUL DAVIDSON**                                                                                         **PLAINTIFF**

v.                                    Case No. **3:20-cv-00063 KGB**

**UNION PACIFIC RAILROAD COMPANY**                                                  **DEFENDANT**

## ORDER

Before the Court is plaintiff Paul Davidson's request for settlement conference (Dkt. No. 37). Mr. Davidson requests that the Court schedule a settlement conference in this matter (*Id.*). Mr. Davidson represents that he has conferred with defendant Union Pacific Railroad Company ("Union Pacific"), and Union Pacific does not oppose this request (*Id.*).

For good cause shown, the Court grants the request (Dkt. No. 37). The Court refers this matter to United States Magistrate Judge J. Thomas Ray to schedule and conduct a settlement conference between the parties.

It is so ordered this 13th day of June, 2022.

_____
Kristine G. Baker
United States District Judge