IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PAUL DAVIDSON**                                                                              **PLAINTIFF**

v.                  Case No. 3:20-cv-00063 KGB

**UNION PACIFIC RAILROAD COMPANY**                          **DEFENDANT**

## ORDER

Before the Court is the status of this case. The Court referred this matter for a settlement conference before United States Magistrate Judge J. Thomas Ray on June 14, 2022, and the parties conducted such conference on July 6, 2022 (Dkt. Nos. 45–46). After negotiations in the settlement conference, the parties reached a full and final settlement of all claims in this case (Dkt. No. 56). Plaintiff Paul Davidson signed a written release agreement, and terms of the settlement as stated in the release agreement were confirmed on the record (*Id.*). Defendant Union Pacific Railroad Company also agreed to withdraw its motion for costs and attorney's fees (Dkt. No. 34).

Accordingly, the Court on its own motion removes this matter from the trial calendar for the week of July 25, 2022. All deadlines set forth in the Court's Second Amended Final Scheduling Order are stayed until further order of the Court (Dkt. No. 26). The parties are directed to file within 30 days of the entry of this Order a joint motion for dismissal or a joint status report.

It is so ordered this 7th day of July, 2022.

                                                   Kristine G. Baker
                                                   United States District Judge