IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PAUL DAVIDSON**                                                                                   **PLAINTIFF**

v.                                         Case No. 3:20-cv-00063 KGB

**UNION PACIFIC RAILROAD COMPANY**                                      **DEFENDANT**

## ORDER

Before the Court is the plaintiff Paul Davidson and defendant Union Pacific Railroad Company's joint motion to dismiss (Dkt. No. 58). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court grants the motion and dismisses this case with prejudice, with each party to bear its own costs. The Court denies as moot the motion to exclude Gregory Drakulic and motion to exclude Tyler Kress filed by Union Pacific Railroad Company (Dkt. Nos. 30, 32).

It is so ordered this 13th day of July, 2022.

Kristine G. Baker
United States District Judge